UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNIVERSAL UNDERWRITERS**
**INSURANCE COMPANY,**

    Plaintiff,

v.                                              Case No. 8:08-cv-2263-T-30TGW

**AIT WORLDWIDE LOGISTICS, INC.,**

    Defendant.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant AIT Worldwide Logistics, Inc.'s Motion to Dismiss Complaint (Dkt. 3). Plaintiff Universal Underwriters Insurance Company failed to respond to timely respond to the motion. The Court, having considered the motion without benefit of a response, finds that the motion should be granted.

Plaintiff filed this breach of contract complaint in state court on October 13, 2008. On November 3, 2008, Defendant filed the instant Motion to Dismiss in state court, to which Plaintiff had not responded. Ten days later, Defendant removed the case to this Court based on diversity of citizenship pursuant to 28 U.S.C. §1332. The motion remains pending in this Court.

Local rule 4.02(c) states:

"When a case is removed to this Court with pending motions on which briefs

or legal memoranda have not been submitted, the moving party shall file and

serve a supporting brief within ten (10) days after the removal in accordance with Rule 3.01(a) of these rules, and the party or parties opposing the motion shall then comply with Rule 3.01(b) of these rules."

Neither party has complied with the local rule.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss Complaint (Dkt. 3) is **GRANTED**.

2. Plaintiff has twenty (20) days from the date of this order in which to amend its complaint.

3. The Clerk is directed to mail a copy of this order to Plaintiff's attorney at the address listed in the Florida Bar Journal.

**DONE** and **ORDERED** in Tampa, Florida on December 5, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-2263.mtd.frm