# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNIVERSAL UNDERWRITERS
INSURANCE COMPANY, as subrogee
of Powersports, Inc.,

       Plaintiff,

v.                               Case No.  8:08-cv-2263-T-30TGW

AIT WORLDWIDE LOGISTICS, INC.,

       Defendant.

_____/

## ORDER OF DISMISSAL

       Before the Court is the Joint Stipulation and Motion for Dismissal (Dkt. #17).  Upon review and consideration, it is

       **ORDERED AND ADJUDGED** as follows:

       1.      The Joint Stipulation and Motion for Dismissal (Dkt. #17) is GRANTED.

       2.      This cause is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

       3.      All pending motions are denied as moot.

       4.      The Clerk is directed to close this case.

       **DONE** and **ORDERED** in Tampa, Florida on August 31, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-2263.dismissal.wpd